UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

MARZALLAH MARTIN DREW SINGLETON EL BEY AS TRUSTEE FOR MARTIN DREW SINGLETON TRUST/ESTATE,

                Plaintiff,

-against-

AA TRUCKING RENTING CORPORATION, *et al.*,

                Defendants.

23-MC-00209 (LGS)

ORDER

------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

    Marzallah Martin Drew Singleton El Bey ("Singleton"), who is appearing *pro se*, initiated this matter as a miscellaneous case on behalf of the "Martin Drew Singleton Trust/Estate."[1] (ECF 1, at 1.) Page two of the submission is captioned as a notice in a civil matter before the New York State Supreme Court, Queens County, lists Singleton as the plaintiff, and lists AA Trucking Renting Corp. and five other entities as the defendants. (*Id.* at 2.) Singleton also submitted a "Miscellaneous Case Cover Sheet" which lists the People of the State of New York as the plaintiff and Singleton as the defendant. (ECF 2.) Because the nature of Singleton's filings do not fit any of the listed categories of miscellaneous matters, this case cannot proceed under the miscellaneous docket.

    The Clerk of Court is directed to open this case as a new civil action with Singleton listed as the plaintiff and the People of the State of New York listed as the defendant. The Clerk of

---

[1] Singleton paid the $49.00 fee to file a miscellaneous case in this court.

Court is further directed to terminate any pending motions and administratively close this miscellaneous case.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

Dated: July 11, 2023
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2